UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
APR 30 2004
CATHY A. CATTERSON, CLERK
U.S COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 03-10617 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-00-00245-DAE |
| v. | District of Hawaii, Honolulu |
| GERMAN ARCADIA, | ORDER |
| Defendant - Appellant. | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 0 3 2004
at 11 o'clock and 55 min. A.M.
WALTER A.Y.H. CHINN, CLERK

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court:

Adrienne H. Hickman
Deputy Clerk
Ninth Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
APR 30 2004
by
Deputy

S:\MOATT\Clrkords\04.04\ahh\03-10617.wpd