PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| | DOCKET NUMBER *(Tran. Court)*<br>CR 00-00245DAE-03 |
| | DOCKET NUMBER *(Rec. Court)*<br>CR-07-352-GHK |

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br>GERMAN ARCADIA, aka "Frankie" | DISTRICT<br>District of Hawaii | DIVISION<br>Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>DAVID ALAN EZRA | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>2/17/2006 — TO<br>2/16/2011 |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 2 3 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

OFFENSE <u>Count 1</u>: Conspiracy to Possess With Intent to Distribute 1 Kilogram or more of Heroin, in violation of 21 U.S.C. § 846, a Class A felony; <u>Counts 5, 7, 29, 31, and 33-39</u>: Use of a Telephone to Cause or Facilitate the Commission of a Conspiracy to Distribute Heroin, in violation of 21 U.S.C. § 843(b), Class E felonies; <u>Counts 9, 10, 32, 41, and 42</u>: Aiding and Abetting in the Distribution of Heroin, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, Class C felonies; <u>Counts 16, 18, and 22</u>: Use of a Telephone to Cause or Facilitate the Commission of a Distribution or Possession With Intent to Distribute Heroin, in violation of 21 U.S.C. § 843(b), Class E felonies; and <u>Count 44</u>: Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. § 1956(h), a Class C felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Central District of California (Los Angeles)</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____   _____
Date                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Central District of California (Los Angeles)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

APR 23 2007                    *[signature]*
Effective Date                  **CHIEF**  United States District Judge
                                 **ALICEMARIE H. STOTLER**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 1 2007
at 8 o'clock and 00 min. A M
SUE BEITIA, CLERK