

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

April 27, 2007

Clerk, United District Court
C338 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 2007

at 7 o'clock and 8 min. __M
SUE BEITIA, CLERK

Re:    Transfer of Jurisdiction of Probation

   Your Case No.         CR 00-00245DAE-03

   Assigned Our Case No.    CR 07-00352 GHK

   Case Title:           US v German Arcadia

Dear Sir/Madam:

Enclosed is the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge _____ Alicemarie H. Stotler _____.

Please forward to this district court certified copies of the following documents:
   1)   Indictment, Information, or Complaint
   2)   Judgment and Probationary Order
   3)   If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

Sincerely,

Clerk, U.S. District Court

By   E. Synagogue
     Deputy Clerk

cc: Probation Office, Los Angeles
    Probation Office, District of Origin

CR-25 (12/01)          TRANSMITTAL LETTER - PROBATION TRANSFER-IN