

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

May 2, 2007

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

United States District Court
Central District of California
Office of the Clerk
312 N. Spring Street, Room G-8
Los Angeles, CA. 90012

    RE:    U.S.A. vs. German Arcadia
            USDC HAWAII CR. 00-00245DAE-03
            **USDC C.D. California (Los Angeles) CR 07-00352GHK**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, enclosed are the following:

    ( X ) Certified copy of the First Superseding Indictment
    ( X ) Certified Copy of the Judgment
    ( X ) Certified copy of the Transfer of Jurisdiction

Please acknowledge receipt on the copy of this letter and return.

                                    Very truly yours,

                                    SUE BEITIA, Clerk

                              by: _____
                                Deputy Clerk, Docketing Section

encl.
cc:    U.S. Probation - Honolulu, Hawaii
        U.S. Probation - Central District of California (Los Angeles)

Receipt is acknowledged by: Clerk, U.S. District Court

Dated: MAY 1 0 2007    by: _____ROSALIND TYUS-SIMON_____